# United States District Court
## Northern District of New York
## Civil Judgment

UMG Recordings, Inc.,
SONY BMG Music Entertainment,          Case Number: 5:08-cv-703
and Interscope Records,
                                                    (NPM/GJD)
                    Plaintiff,
        -v-

Joseph Snyder,
                    Defendants.

[X]  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** the Plaintiff's Motion for Default is granted.  The defendant is ordered to pay damages to plaintiff for infringement of plaintiff's copyright in the total principal sum of Six Thousand Seven Hundred Fifty Dollars ($6,750.00); and it is further,

**ORDERED AND ADJUDGED,** that the defendant shall further pay plaintiff's costs of suit herein in the amount of Five Hundred Fifty Dollars ($550.00), and it is further

**ORDERED AND ADJUDGED,** that the defendant shall be enjoined from directly or indirectly infringing upon Plaintiff's rights under federal or state law in any sound recording, whether now in existence or later created that is owned or controlled by the Plaintiff's.  Defendant shall destroy all copies of Plaintiffs' recordings that were obtained without Plaintiff's authorization that are in the Defendant's possession, custody or control.

508cv703  Judgment
Page 2

All of the above pursuant to a Summary Order by the United States Senior District Court Judge, Neal P. McCurn, dated January 21, 2009.

*Dated: January 22, 2009*     *Lawrence K. Baerman, Clerk*

*s/*

*Marie N. Marra, Deputy Clerk*